FILED

2010 OCT 5 PM 12 49

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ORVEL SMITH,<br><br>Defendant. | No. CR 10-69-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 5th day of October, 2010.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

-1-